Michael J. Gordon (021798)
**GORDON & GORDON, P.L.L.C.**
850 Cove Parkway, Ste. A
Cottonwood, AZ 86326
Telephone: (928) 649-8609
michael@gordonlawaz.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

Michael Ervin Warren and Carol Anne Warren,

Debtor.

Wells Fargo Bank, N.A.,

Movant,

vs.

Michael Ervin Warren and Carol Anne Warren, Debtors; and Lawrence J. Warfield, Trustee,

Respondents.

Case No. 2-09-bk-21736-RTBP

Chapter 7

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Re: Real Property located
at 1726 Saw Mill Rd
Cottonwood, AZ 86326

Debtors, by and through undersigned counsel, hereby submit this Response to Motion to Relief from Automatic Stay. Debtors acknowledge that they are behind on their mortgage payment to Movant, but requests that the automatic stay remain in place so as to allow Debtor sufficient time for a possible loan modification with Movant.

1

Debtor has begun steps to work with Movant to restructure the terms of the loan.

Based on the foregoing, Debtors respectfully requests that Movant's motion be denied.

DATED this 13th day of October, 2009.

                GORDON & GORDON, P.L.L.C.

                /s/ Michael J. Gordon

                Michael J. Gordon
                Attorneys for Debtors

Original filed this 13th day
of October, 2009 with:

United States Bankruptcy Court
230 N. First Ave., Ste 204
Phoenix, AZ 85003-1706


Copies of the foregoing
were mailed this 13th day
of October, 2009 to:

Tiffany & Bosco
2525 East Camelback Rd, Ste 300
Phoenix, AZ 85016
Attorneys for Movant

Bankruptcy Trustee
Lawrence J. Warfield
PO Box 14647
Scottsdale, AZ 85267


/s/ Michael J. Gordon