
**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23324/0058226085

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael Ervin Warren and Carol Anne Warren<br>        Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br><br>Michael Ervin Warren and Carol Anne Warren, Debtors; Lawrence J. Warfield, Trustee.<br><br>        Respondents. | No. 2:09-bk-21736-RTBP<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 8) |

      This matter having come before the Court for a Preliminary Hearing on December 14, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Michael J. Gordon, Gordon & Gordon, PLLC, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated August 29, 2005, in the office of the Yavapai

County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Michael Ervin Warren and Carol Anne Warren have an interest in, further described as:

    Lot 15, SAWMILL ESTATES, according to the Plat of record in Book 14 of Maps, Page 41, records of Yavapai County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT