Michael J. Gordon (021798)
**GORDON & GORDON, P.L.L.C.**
850 Cove Parkway, Ste. A
Cottonwood, AZ  86326
Telephone:  (928) 649-8609
michael@gordonlawaz.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

Michael Ervin Warren and Carol Anne Warren,

       Debtor.
_____

Wells Fargo Bank, N.A.,

       Movant,

 vs.

Michael Ervin Warren and Carol Anne Warren, Debtors; and Lawrence J. Warfield, Trustee,

       Respondents.

Case No. 2-09-bk-21736-RTBP

Chapter 7

**MOTION TO SET ASIDE ORDER GRANTING STAY RELIEF**

**[Emergency Telephonic Oral Argument Requested]**

Re:  Real Property located
     at 1726 Saw Mill Rd
     Cottonwood, AZ  86326

    Debtors, by and through undersigned counsel, hereby this Motion to Set Aside Order Granting Stay Relief that has recently been entered in the above-captioned matter.  At the preliminary hearing on December 14, 2009, the Court granted Movant's motion for stay relief based on the representation of Movant's counsel the Debtors' loan modification had been denied.  Debtors have subsequently been informed by Wells Fargo that their loan modification

1

remains active and is under review.  Undersigned counsel has also personally spoken with a representative of Wells Fargo and confirmed that Debtors' loan modification remains active and is under review.  Wells Fargo is processing a request for written verification of the loan modification status.

During the hearing, the Court explicitly stated that stay relief was being granted based on counsel's representation that Wells Fargo had denied the Debtors' loan modification.  Inasmuch as this was not accurate, good cause exists to set aside the Order granting stay relief and continue the preliminary hearing.  Because a Trustee's Sale is currently set to take place on January 12, 2010, Debtors respectfully request that an emergency oral argument be set on this Motion prior to that date.

Based on the foregoing, Debtors respectfully requests that their Motion to Set Aside Order Granting Stay Relief be granted.

DATED this 22nd day of December, 2009.

GORDON & GORDON, P.L.L.C.

 /s/ Michael J. Gordon  
Michael J. Gordon  
Attorneys for Debtors

LAW OFFICES OF
**GORDON & GORDON, PLLC**
850 COVE PARKWAY, SUITE A
COTTONWOOD, ARIZONA 86326
(928) 649-8609

1  Original filed this 22nd day
2  of December, 2009 with:

3  United States Bankruptcy Court
4  230 N. First Ave., Ste 204
5  Phoenix, AZ  85003-1706

7  Copies of the foregoing
   were mailed this 22nd day
8  of December, 2009 to:

9  Leonard J. McDonald
10 Tiffany & Bosco PA
11 2525 East Camelback Rd, Ste 300
   Phoenix, AZ  85016
12 Attorneys for Wells Fargo

14 Bankruptcy Trustee
   Lawrence J. Warfield
15 PO Box 14647
16 Scottsdale, AZ  85267

18 /s/ Michael J. Gordon