SO ORDERED.

Dated: January 29, 2010



*signature*
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Michael J. Gordon (021798)
**GORDON & GORDON, P.L.L.C.**
850 Cove Parkway, Ste. A
Cottonwood, AZ 86326
Telephone: (928) 649-8609
michael@gordonlawaz.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

Michael Ervin Warren and Carol Anne Warren,

    Debtor.

Wells Fargo Bank, N.A.,

    Movant,

vs.

Michael Ervin Warren and Carol Anne Warren, Debtors; and Lawrence J. Warfield, Trustee,

    Respondents.

Case No. 2-09-bk-21736-RTBP

Chapter 7

**STIPULATED ORDER REINSTATING AUTOMATIC STAY**

Re: Real Property located
    at 1726 Saw Mill Rd
    Cottonwood, AZ 86326

    The Court, having considered the stipulation of the parties and good cause appearing, now, therefore;

//

//

1

IT IS HEREBY ORDERED reinstating the Automatic Stay in the above-captioned matter.

DATED this _____ day of _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED BY:

_____
Leonard J. McDonald
Tiffany & Bosco PA
Attorneys for Wells Fargo

_____
Michael J. Gordon
Gordon & Gordon, PLLC
Attorney for Debtors

LAW OFFICES OF
GORDON & GORDON, PLLC
850 COVE PARKWAY, SUITE A
COTTONWOOD, ARIZONA 86326
(928) 649-8609